**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF HAWORTH,<br><br>             Plaintiff,<br><br>     v.<br><br>SURYAKANT and MAUNA PATEL,<br><br>             Defendants.<br>_____/ | Case No.  1:06-cv-1373-LJO-NEW (TAG)<br><br>ERRATA TO ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES<br>(Doc. 21) |

Paragraph 2 of the section entitled "**ORDER**" on page 4, of the original Order Granting Plaintiff's Motion to Compel Answers to Interrogatories, signed and dated June 25, 2007 and docketed as court document 21, shall be deleted and replaced by the following:

> "2. Defendant Mauna Patel is ordered to serve answers to Plaintiff's Interrogatories, Set One, without objections, on or before July 10, 2007. "

This errata order is made nunc pro tunc to June 25, 2007.

IT IS SO ORDERED.

Dated:   **August 8, 2007**                              **/s/ Theresa A. Goldner**
                                                                        UNITED STATES MAGISTRATE JUDGE