1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8

9    JEFF HAWORTH,                              CASE NO. 1:06-cv-01373 LJO GSA

10                    Plaintiff,               **ORDER AFTER SETTLEMENT**

11        vs.

     SURYAKANT PATEL and
12   MAUNA PATEL,

13                    Defendants.
     _____/
14
            The parties have informed this Court that settlement has been reached.  Pursuant to this Court's
15
     Local Rule 16-160, this Court ORDERS the parties, **no later than March 11, 2008,** to file a stipulation
16
     and order to dismiss this action in its entirety.
17
            This Court VACATES all pending court dates and matters, including the jury trial scheduled for
18
     September 8, 2008.
19
            Failure to comply with this order may be grounds for the imposition of sanctions on counsel or
20
     parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.
21

22
          IT IS SO ORDERED.
23
        **Dated:   February 20, 2008**            **/s/ Gary S. Austin**
24                                               UNITED STATES MAGISTRATE JUDGE

25

26

27

28