# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH, | CASE NO. CV F 06-1373 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | |
| SURYAKANT PATEL, et al., | |
| Defendants. | |

Settlement was reached at the February 20, 2008 settlement conference before United States Magistrate Judge Gary Austin ("Judge Austin") and settlement terms were placed on the record. Judge Austin's February 20, 2008 order required the parties to dismiss this action no later than March 11, 2008. Plaintiff's counsel has filed papers that defense counsel Frank Weiser ("Mr. Weiser") has failed to cooperate to complete settlement and dismissal of this action.

On the basis of good cause, this Court ORDERS Mr. Weiser, no later than March 21, 2008, to file and serve papers under declaration of penalty of perjury to show good cause why sanctions, including entry of default and monetary, should not be imposed on Mr. Weiser and/or defendants Suryakant Patel and Mauna Patel for failure to obey the February 20, 2008 order and to complete settlement and dismissal of this case. **This Court admonishes Mr. Weiser and defendants that failure to comply with this order will be grounds for entry of default against defendants.** This Court will discharge this order to show cause if the case is dismissed no later than February 19, 2008.

IT IS SO ORDERED.

**Dated:   March 14, 2008**                         /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE